**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| DAVID PAYNE, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>SMITHFIELD FOODS, INC., SUN MERGER SUB, INC., JOSEPH W. LUTER, III, C. LARRY POPE, HON. CAROL T. CRAWFORD, RICHARD T. CROWDER, MARGARET G. LEWIS, WENDELL H. MURPHY, DAVID C. NELSON, FRANK S. ROYAL, M.D., JOHN T. SCHWIETERS and HON. PAUL S. TRIBLE, JR.,<br><br>      Defendants. | 1:13 CV 00761 (LMB/IDD) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF THE SETTLEMENT CLASS AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

Plaintiff, by counsel, files this unopposed request for this Court to enter an order for preliminary approval of settlement, preliminary certification of the settlement class and approval of notice of settlement class. The grounds for this motion are set forth in the accompanying memorandum.

Dated: October 24, 2013        Respectfully submitted,

                   *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of October, 2013, the foregoing Motion was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                        _____/s/_____
                                                        Christie A. Leary
                                                        State Bar I.D. #  46338
                                                        10476 Armstrong Street
                                                        Fairfax, Virginia 22030
                                                        Phone:  (703) 359-7111
                                                        Facsimile:  (703) 543-5478
                                                       Email: Christie.leary@leary-law.com